Commonwealth *v.* Frumen, Appellant.

Before SAWYER,
P. J. 

 Argued April 10, 1974.
*Richard L. Smith,* Assistant Public Defender, for appellant; *Joseph M. Stanichak,* Assistant District Attorney, with him *Joseph S. Walko,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.